## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case Number:    '08 MJ 0565 |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | Title 21, U.S.C., Sections 952 and 960 |
| ) | Importation of a Controlled Substance |
| OSUNA-Benett, Carlos ) | |
| ) | |
| ) | |
| ——————————— ) | |

The undersigned complaint being duly sworn states:

On or about February 25, 2008, within the Southern District of California, Carlos OSUNA-Benett, did knowingly and intentionally import approximately 9.95 kilograms of cocaine, a schedule II narcotic, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION & CUSTOMS

ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS _26_ DAY OF
_February 2008_ .

MAGISTRATE JUDGE

United States of America
VS.
Carlos OSUNA-Benett

## PROBABLE CAUSE STATEMENT

On February 25, 2008 at approximately 8:27 a.m., Carlos OSUNA-Benett

attempted to enter the United States from Mexico through the San Ysidro, California,

Port of Entry.  OSUAN-Benett was the driver and sole occupant of a black 1997 Honda

Accord bearing BA/MX license plate BDZ8797.

On February 25, 2008, Customs and Border Protection Canine Enforcement

Officers (CBP-CEO) were conducting pre-primary operations when the assigned Human

Detector/Narcotic Detector Dog (HD/NDD) alerted to the presence of a narcotic odor

emitting from a black Honda Accord bearing BA/MX license BDZ8797.  CBP Officers

received two negative Customs Declarations from the driver, OSUNA-Benett. OSUNA-

Benett stated he had owned the vehicle for approximately one month.  During a cursory

inspection of the vehicle, CBP Officers noticed new screws in the glove box and probed

the dashboard with a screwdriverand discovered plastic wrapped packages concealed in

the dashboard of the vehicle.  The vehicle was referred to the secondary inspection area

for further inspection

Further examination of the vehicle revealed 8 packages totaling 9.95 kilograms of

a substance concealed in the dashboard area of the vehicle.  A random field test of one of

the packages revealed a positive reaction for cocaine.

On February 25, 2008, at approximately 9:06 a.m., OSUNA-Benett waived his constitutional rights, as per Miranda, and stated that he was going to be paid $1600.00 to transport an unknown type of narcotic across the Mexico/United States border.

OSUNA-Benett was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.