Jeremy C. Dzubay (SB# 238649)
1333 Camino Del Rio S 201B
San Diego CA 92108
Tele: 619.683.7666
Fax: 619.683.7672
jdzubay@rocketmail.com

Attorney for Defendant,
CARLOS OSUNA BENNET

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CARLOS OSUNA-BENNET,<br><br>　　　　Defendant. | Case No.: 08MJ 0565<br><br>**DECLARATION OF JEREMY DZUBAY IN SUPPORT OF MOTION FOR AN ORDER TO VIEW EVIDENCE** |

I, Jeremy Dzubay, hereby declare that:

1. I am the defense attorney in the above captioned case.

2. On March 11, 2008, I spoke with AUSA Caroline Han on the telephone and AUSA Han had no objection to the defense viewing the alleged narcotics evidence currently in the custody of the United States.

3. AUSA Han stated that the Government agents having custody of the evidence would require a court order before allowing us to view the evidence.

Made under penalty of perjury, in San Diego, California, March 18, 2008

<u>s/Jeremy Dzubay</u>

Attorney for Defendant