Jeremy Dzubay
1333 Camino Del Rio S Ste 201B
San Diego CA 92108

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>CARLOS OSUNA-BENNET,<br><br>    Defendant. | )  Case No.: 08MJ 0565<br>)<br>)<br>)<br>)<br>)  **PROOF OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I am over 18 and not a party to the above captioned case.

On March 18, 2008, I caused the following:  DEFENDANT'S MOTION

FOR AN ORDER TO ALLOW DEFENSE TO VIEW EVIDENCE & DECLARATION OF

JEREMY DZUBAY IN SUPPORT THEREOF, to be electronically sent to


 U S Attorney CR Efile.dkt.gc2@usdoj.gov


         S/Jeremy Dzubay